ORIGINAL

PS 10
(8/88)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## for the
## District of Hawaii

MAR 0 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

U.S.A. vs Arthur A. Kahai aka "Killa"          Docket No. 04-00469JMS-01

TO: [1] **Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT |
|---|

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court.

| NAME OF DEFENDANT<br>Arthur A. Kahai aka "Killa" | SEX<br>Male | RACE<br>Asian | AGE<br>39 |
|---|---|---|---|

ADDRESS(STREET, CITY, STATE)
89-320 Kawao Avenue
Nanakuli, Hawaii

TO BE BROUGHT BEFORE
U.S. District Court - Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 7-222
Honolulu, HI 96850-7222

2005 NOV 19 PM 12:16
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>12/19/2005 |
|---|---|---|

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>11-19-05 | DATE EXECUTED<br>3-3-06 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
PEARL CITY, HI

| NAME<br>DARRYL NG (PO) | (BY)<br>*[signature]* | DATE<br>3/3/06 |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."