# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00469JMS |
| CASE NAME: | USA vs. ARTHUR A. KAHAI, aka "Killa" |
| ATTYS FOR PLA: | Wes Reber Porter |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 3/7/2006 | TIME: | 2:05-2:06 |

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present in custody.

Defendant admits to all of the alleged violations of his pretrial release.  Allocution waived.  Court finds that the Defendant has violated the conditions of his pretrial release.  Defendant's pretrial release revoked.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager